SCWC-12-0000506

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

BRADLEY JOHN ARGUE,
Petitioner/Plaintiff-Appellee,

vs.

BONDU KONDEH ARGUE,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000506; FC-D NO. 10-1-252K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Circuit Judge Lee, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellee's Application for Writ of

Certiorari, filed on February 10, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 21, 2014.

Daniel S. Peters
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Randal K.O. Lee

